# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**190**

**CA 12-01653**

PRESENT: SCUDDER, P.J., CENTRA, LINDLEY, SCONIERS, AND MARTOCHE, JJ.

---

IN THE MATTER OF MICHAEL J. MIMASSI,
PETITIONER-APPELLANT,

                    V                              MEMORANDUM AND ORDER

TOWN OF WHITESTOWN ZONING BOARD OF APPEALS,
RESPONDENT-RESPONDENT.
(APPEAL NO. 2.)

---

DOUGLAS H. ZAMELIS, MANLIUS, FOR PETITIONER-APPELLANT.

WILLIAM P. SCHMITT, TOWN ATTORNEY, UTICA, FOR RESPONDENT-RESPONDENT.

-----------------------------------------------------------------------------------------------------------

        Appeal from a judgment (denominated order) of the Supreme Court, Oneida County (Norman I. Siegel, A.J.), entered July 19, 2012 in a proceeding pursuant to CPLR article 78.  The judgment dismissed the petition.

        It is hereby ORDERED that the judgment so appealed from is unanimously vacated without costs.

        Same Memorandum as in *Matter of Mimassi v Town of Whitestown Zoning Bd. of Appeals* ([appeal No. 1] ___ AD3d ___ [Mar. 22, 2013]).

Entered:  March 22, 2013                          Frances E. Cafarell
                                                  Clerk of the Court